# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1347
_____

United States of America

*Plaintiff - Appellee*

v.

Hannah Felling

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of South Dakota - Southern
_____

Submitted: July 1, 2025
Filed: July 7, 2025
[Unpublished]
_____

Before SHEPHERD, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Hannah Felling appeals the sentence the district court[1] imposed after she pled guilty to a drug conspiracy offense pursuant to a written plea agreement containing

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

an appeal waiver.  Her counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the application of a Guidelines enhancement and arguing that the appeal waiver is not enforceable.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal.  See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing appeal waiver if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).

Further, having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver.  Accordingly, we grant counsel's motion to withdraw and dismiss the appeal based on the appeal waiver.

_____